UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KYLE KINGSBURY, et al., | Case No. 2:15-cv-01046-RCJ-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| ZUFFA, LLC, | (Docket No. 29) |
| Defendant(s). | |

On June 4, 2015, this case was transferred from the Northern District of California. Docket No. 35. Before the transfer, Defendant filed a motion to stay discovery pending resolution of its motion to dismiss. Docket No. 29. That motion to stay is hereby **DENIED** without prejudice.

To the extent Defendant would like to renew that motion, it must be filed no later than June 12, 2015. The renewed motion shall address the case law from this District regarding requests to stay discovery pending resolution of a dispositive motion. In the event that a motion to stay is filed by June 12, 2015, the Court will stay the requirement to file a discovery plan pending resolution of the motion to stay. In the event that a motion to stay is not filed by June 12, 2015, the parties shall submit a proposed discovery plan no later than June 19, 2015.

IT IS SO ORDERED.

DATED: June 5, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge