UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Cung Le, Nathan Quarry, and Jon Fitch, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZUFFA, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Lead Case No.: 2:15-cv-01045-RFB-PAL<br><br>Member Case Nos.:<br>    2:15-cv-01046-RCJ-NJK<br>    2:15-cv-01055-APG-GWF<br>    2:15-cv-01056-RFB-GWF<br>    2:15-cv-01057-JCM-CWH<br><br>**CONSOLIDATION ORDER** |
| Kyle Kingsbury and Darren Uyenoyama, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZUFFA, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.:  2:15-cv-1046-RCJ-NJK |
| Luis Javier Vazquez and Dennis Lloyd Hallman, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZUFFA, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01055-APG-GWF |

| | |
|---|---|
| Brandon Vera and Pablo Garza, on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>ZUFFA, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>　　　　　　Defendants. | Case No.: 2:15-cv-01056-RFB-GWF |
| Gabe Ruediger and Mac Danzig, on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>　　　　　　Defendants. | Case No.: 2:15-cv-01057-JCM-CWH |

　　　　On June 4, 2015, the five above-captioned cases were transferred into this District pursuant to an order transferring them from the Northern District of California. Plaintiffs and Defendant filed a Notice of Related Cases in all five cases. There are also pending Motions to Consolidate in case no. 2:15-cv-01045-RFB-PAL (ECF No. 52), case no. 2:15-cv-01055-APG-GWF (ECF No. 29), and case no. 2:15-cv-01056-RFB-GWF (ECF No. 29), as well as a pending Motion to Relate Case in case no. 2:15-cv-01055-APG-GWF (ECF No. 26).

　　　　The presiding District Judges in these actions have determined that these actions are related and that there is good cause to consolidate them under the same District Judge and Magistrate Judge. Neither party opposes consolidation. Further, consolidation will promote judicial efficiency, avoid duplicative filings by the parties, and will not result in prejudice to the parties.

**ORDER**

　　　　Therefore,

　　　　**IT IS HEREBY ORDERED** that case no. 2:15-cv-01045-RFB-PAL, no. 2:15-cv-01046-RCJ-NJK, no. 2:15-cv-01055-APG-GWF, no. 2:15-cv-01056-RFB-GWF, and no. 2:15-cv-01057-JCM-CWH are CONSOLIDATED, with case no. 2:15-cv-01045-RFB-PAL to serve as the lead

case and the other cases serving as member cases. All further documents shall be filed in the lead case 2:15-cv-01045-RFB-PAL and shall bear that case number.

**IT IS FURTHER ORDERED** that case no. 2:15-cv-01046-RCJ-NJK, no. 2:15-cv-01055-APG-GWF, no. 2:15-cv-01056-RFB-GWF, and no. 2:15-cv-01057-JCM-CWH are REASSIGNED to District Judge Richard F. Boulware, II, and Magistrate Judge Peggy A. Leen for all further proceedings.

**IT IS FURTHER ORDERED** that the Motions to Consolidate in case no. 2:15-cv-01045-RFB-PAL (ECF No. 52), case no. 2:15-cv-01055-APG-GWF (ECF No. 29), and case no. 2:15-cv-01056-RFB-GWF (ECF No. 29) are GRANTED.

**IT IS FURTHER ORDERED** that the Motion to Relate Case in case no. 2:15-cv-01055-APG-GWF (ECF No. 26) is GRANTED.

DATED: June 11, 2015.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**